**Opinion filed November 2, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00290-CV

_____

## IN THE INTEREST OF J.B.L., A CHILD

**On Appeal from the 259th District Court**
**Shackelford County, Texas**
**Trial Court Cause No. 2015-105**

### M E M O R A N D U M   O P I N I O N

After being notified that their notices of appeal appeared to be untimely, Appellants, the mother and father of J.B.L., have withdrawn their notices of appeal. Each parent asserts that he or she "no longer desires to appeal." We grant Appellants' requests to withdraw their notices of appeal, and we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, the appeal is dismissed.


November 2, 2017                                              PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.